**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHIRLEY LINDSAY, | ) | Case No.: CV 15-4884 DSF (JCx) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| LINDA MIKHAIL MOKHTARZADEH, et al. | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court having found that the Plaintiff has failed to establish her standing to challenge the alleged disability access barriers at issue in the case,

IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing, that the action be dismissed without prejudice, and that the Defendants recover their costs of suit pursuant to 28 U.S.C. § 1919.

4/7/16

Dated: _____     _____
                              Dale S. Fischer
                              United States District Judge